## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

BRAC GROUP, INC. (f/k/a Budget Group, Inc.)

    Debtor.

Chapter 11

Case No. 02-12152 (JLP)
(Substantively Consolidated)

---

WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.),

    Plaintiff,

v.

CAL INTERIORS INC,

    Defendant.

Adv. Proc. No. 04-54190 (PBL)

08 80104 MISC SI

FILED 08 MAY -9 PM 2:09

---

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on February 11, 2005 as it appears in the records of this court, and that:

X    No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐    No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
    (date)

☐    An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
    (name of court)    (date)

☐    An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
    (date)

DAVID D. BIRD
Clerk of the Bankruptcy Court

3/17/08
Date

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), | ) |
| | ) Case No.02-12152 (JLP) |
| Reorganized Debtor. | ) |
| | ) |
| WALKER, TRUESDELL & ASSOCIATES, as Plan | ) |
| Administrator for BRAC Group, Inc. (f/k/a Budget Group, | ) |
| Inc.), | ) Adv. Pro. No. 04-54190 (PBL) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAL INTERIORS INC, | ) |
| | ) |
| Defendant. | ) |

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT
BY: _____ Deputy Clerk 3/17/08

## JUDGMENT BY DEFAULT AGAINST CAL INTERIORS INC

Default was entered against defendant, CAL INTERIORS INC, on  2/11/05 . The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due and stating that the defendant is not in the military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against the defendant in favor of the plaintiff in the amount of $25,908.00 plus costs of $150.00, plus post judgment interest pursuant to 28 U.S.C. § 1961.

|  |  |
|---|---|
| February 11, 2005 | /s/ David D. Bird |
| Date | (Clerk of the Bankruptcy Court) |

#14